# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0297, <u>Baboucar Taal v. St. Mary's Bank;</u> <u>Baboucar Taal v. Niederman, Stanzel and Lindsey & a.</u>, the court on April 1, 2021, issued the following order:**

On June 22, 2020, the plaintiff, Baboucar Taal, filed a notice of appeal listing two superior court cases: <u>Baboucar Taal v. St. Mary's Bank</u>, No. 216-2011-CV-00741, and <u>Baboucar Taal v. Niederman Stanzel & Lindsey, PLLC & a.</u>, No. 216-2011-CV-00742. On June 29, 2020, and again on September 2, 2020, the plaintiff was ordered to "file a copy of the decision below, the clerk's written notice of the decision below, any order disposing of a timely-filed post-trial motion, and the clerk's written notice of any order disposing of a timely-filed post-trial motion." <u>See</u> Rule 7(6). The plaintiff only partially complied with this order, however. Because the plaintiff has failed to file with this court a copy of the trial court decision in <u>Baboucar Taal v. Niederman Stanzel & Lindsey, PLLC & a.</u>, No. 216-2011-CV-00742 that he intends to appeal, his appeal as it relates to that case is hereby dismissed.

As to <u>Baboucar Taal v. St. Mary's Bank</u>, No. 216-2011-CV-00741, having considered the briefs and record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the appealing party, the plaintiff, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>see also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed in part and dismissed in part</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas, Clerk**